IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FAWZIA SAMADI,

    Plaintiff,

v.                                                          No. 13-cv-0275 SMV

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS UNDER EAJA

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, With Memorandum in Support [Doc. 25], filed on August 8, 2014. Plaintiff requests attorney fees in the amount of $6,410.64, and costs in the amount of $350. *Id.* In her response [Doc. 26], the Commissioner expressly disclaims any objection to Plaintiff's request for attorney fees. However, the response does not mention the request for costs. *See id.* The Commissioner's failure to object to the award of $350 in costs constitutes consent to grant the relief. *See* D.N.M.LR-Civ. 7.1(b). Moreover, the Court finds that Plaintiff is entitled to her costs under 28 U.S.C § 2412(a)(1) and (d)(1)(a). Accordingly, the Court, having considered the submissions of counsel, the record in this case, and the relevant law, and being otherwise fully advised in the premises, **FINDS** that the motion is well-taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act [Doc. 25] is

**GRANTED**, and Plaintiff Fawzia Samadi is authorized to receive **$6,760.64** for payment to her attorneys for costs and services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller award to Plaintiff pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) ("Congress harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner:   Fee awards may be made under both prescriptions, but the claimant's attorney must refun[d] to the claimant the amount of the smaller fee.") (internal quotation marks omitted).

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**